UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-87600-WLH |
| | ) | |
| PALISADES at WEST PACES IMAGING CENTER, LLC, | ) ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| _____ | )_____ | |
| JANET G. WATTS, as CHAPTER 7 TRUSTEE for the ESTATE OF PALISADES AT WEST PACES IMAGING CENTER, LLC | ) ) ) ) | |
| | ) | ADVERSARY ACTION NO. |
| Plaintiff, | ) ) | 16-05282 |
| vs. | ) ) | |
| SHAARON TRELL, JUDITH A. MIRANDA, and FRANKLIN B. TRELL, | ) ) ) | |
| Defendants. | ) | |

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND IMPOSITION OF PRELIMINARY INJUNCTION

Plaintiff Janet G. Watts (the "Trustee"), as Chapter 7 Trustee for the estate of Palisades At West Paces Imaging Center, LLC, pursuant to Federal Rules of Civil Procedure 64 and 65, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7064 and 7065, and O.C.G.A. § 18-2-70 *et seq.*, by and through her undersigned counsel, moves this court to issue a temporary restraining order followed by an interlocutory and permanent injunction to preserve the *status quo,* to prevent additional fraudulent transfers and the further dissipation of funds , and to prevent alienation of property interests of Defendant Shaaron Trell.  The grounds for this Motion are fully set forth in the Memorandum of Law filed herewith contemporaneously,

- 1 -

and in the Verified Complaint initiating this adversary proceeding, and are summarized as follows:

1.

On November 13, 2013, the Bankruptcy Court entered a judgment in favor of the Trustee and against Franklin P. Trell ("Trell") in the amount of $372,250.00, in Adversary Proceeding No. 11-05235 (the "Judgment").

2.

Trell has made no payment on the Judgment to date.

3.

While the litigation against Trell was pending, and after the Judgment was entered, Trell has transferred funds in checks made payable to him, and/or cash from him, to a bank account in his wife Shaaron Trell's ("Shaaron") name, in sums well in excess of $450,000.00 (the "Transferred Funds").  Trell's control over these Transferred Funds has been willfully and intentionally concealed from Plaintiff.

4.

Shaaron was aware of the Judgment against her husband, and nevertheless accepted all Transferred Funds.  Moreover, she used a portion of the Transferred Funds to make payments on mortgages for real property titled in her name, the couple's residence (the "Residence") and the couple's Lake Lanier vacation home (the "Lake House") (both identified and described with particularity in the Complaint)

5.

Also during the litigation and/or after the Judgment was entered, Trell transferred to

Shaaron two boats (the "Boats") and two Waverunner jet skis (the "Jet Skis") (all identified and described with particularity in the Complaint). These transfers were also willfully and intentionally concealed from Plaintiff.

6.

The standards for granting a temporary restraining order pursuant to Federal Rule of Civil Procedure 65 and Bankruptcy Rule of Procedure 7065 are as follows:

1) Whether there is a substantial likelihood that plaintiff will prevail;

2) Whether plaintiff will suffer irreparable harm if the restraining order is not granted:

3) Whether the threatened injury to plaintiff outweighs the harm to the defendant; and

4) Whether the public interest is not disserved by a grant of the injunction.

7.

Trustee presents substantial evidence in this motion, the memorandum in support thereof, as well as in the Verified Complaint, of malfeasance and lack of cooperation on the part of the Defendants. As is more fully set forth in the Verified Complaint and the Memorandum of Law accompanying this motion, there is a substantial likelihood that the Trustee will prevail in her avoidance and constructive trust claims. Given Trell's history of fraudulent transfers and concealment, and Trell's utter disregard for paying his obligation under the Judgment, there is a substantial likelihood that he and Shaaron will continue to dissipate assets and place them beyond the reach of the Trustee, who is Trell's creditor. Should that happen, the bankruptcy estate and its creditors will suffer irreparable harm. There is little to no hardship on Shaaron or Trell, and if there is any, it is substantially outweighed by the potential harm to the bankruptcy

estate. Injunctive relief is in the public interest as well. A temporary restraining order, and thereafter, a preliminary injunction, is necessary and warranted.

WHEREFORE, Plaintiff prays that this Court:

1) Enter an Order prohibiting Defendant Trell from transferring any funds or property of any kind to Defendant Shaaron Trell, directly or indirectly, or through Defendant Miranda;

2) Enter an Order prohibiting Defendant Miranda from taking any actions to aid or assist in transferring or to cause a transfer of any funds or property of any kind from Defendant Trell to Defendant Shaaron Trell;

3) Enter an Order prohibiting Defendant Shaaron Trell from using any funds in her bank account or otherwise in her possession that were originally transferred to her directly or indirectly from Defendant Trell to make payments on any mortgages;

4) Enter an Order prohibiting Defendant Shaaron Trell from selling, transferring, or otherwise disposing of or encumbering her interest in any real estate, specifically in the Residence or the Lake House;

5) Enter an Order prohibiting Defendant Shaaron Trell from selling, transferring, or otherwise disposing of or encumbering her interest in the Boats or Jet Skis;

6) Set this matter for an immediate hearing; and

7) Grant such other and further relief as may be appropriate.

Respectfully submitted this 26th day of October, 2016.

                                      Ragsdale Beals Seigler Patterson & Gray, LLP

                                      By: /s/ W. Russell Patterson, Jr.
                                      W. Russell Patterson, Jr.,   GA Bar No. 566920
                                      Lisa Boardman Burnette,   GA Bar No. 096192
                                      Special Counsel for Trustee

Ragsdale, Beals, Seigler, Patterson & Gray, LLP
2400 International Tower
229 Peachtree St. NE
Atlanta, GA 30303-1629
Phone:  (404) 588-0500
wrpjr@rbspg.com

                                      BARBARA BELL STALZER, P.C.

                                      By:/s/ Barbara B. Stalzer (by WRP w/ permission)
                                      Barbara B. Stalzer, Attorney for Trustee
                                      Georgia Bar No. 674236

60 Lenox Pointe, N.E.
Atlanta, GA 30324-3170
Phone: 404-442-6933
trusteestalzer@gmail.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-87600-WLH |
| | ) | |
| PALISADES at WEST PACES IMAGING CENTER, LLC, | ) ) ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) ) | |
| JANET G. WATTS, as CHAPTER 7 TRUSTEE for the ESTATE OF PALISADES AT WEST PACES IMAGING CENTER, LLC | ) ) ) ) ) | |
| | ) | ADVERSARY ACTION NO. |
| Plaintiff, | ) ) | |
| | ) | 16-05282 |
| vs. | ) ) | |
| SHAARON TRELL, JUDITH A. MIRANDA, and FRANKLIN B. TRELL, | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing **Plaintiff's Motion for Temporary Restraining Order and Imposition of Preliminary Injunction** on all interested parties by depositing a copy of same in the United States in a properly addressed envelope with sufficient postage affixed thereto to assure delivery to:

Franklin B Trell
210 Riverland Court
Sandy Springs, GA 30350

Shaaron S. Trell
210 Riverland Court
Sandy Springs, GA 30350

Michael D. Robl, Esq.
The Spears & Robl Law Firm
3754 LaVista Road, Suite 250
Tucker, GA 30084

Judith A. Miranda
1150 Rankin St., Apt. A14
Stone Mountain, GA 30083

**Plaintiff's Motion for Temporary Restraining Order and Imposition of Preliminary**

**Injunction** was also served on Michael D. Robl by electronic mail at michael@roblgroup.com.

Respectfully submitted this 26th day of October, 2016.

/s/ W. Russell Patterson, Jr.
W. Russell Patterson, Jr.
Special Counsel for Plaintiff
Georgia Bar No. 566920

Ragsdale, Beals, Seigler, Patterson & Gray LLP
229 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30303-1629
(404) 588-0500
Fax No. (404) 523-6714
E-mail: wrpjr@rbspg.com